UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALVIN LEUNG | Case No.: 14-CV-03138-LHK |
| Plaintiff, | ORDER GRANTING STIPULATION TO ARBITRATE AND DISMISS ACTION WITHOUT PREJUDICE |
| v. | |
| CITIBANK, N.A. and DOES 1-10, | |
| Defendants. | |

The Court hereby GRANTS the parties' October 9, 2014 Stipulation to Arbitrate and Dismiss Action Without Prejudice. ECF No. 21. This action is hereby DISMISSED without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 9, 2014

_____
LUCY H. KOH
United States District Judge